# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **VENKATESWARA RAO ADDEPALLI,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case: 1:24-cv-12933** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **INFOSYS LIMITED,** | ) | **Judge Andrea R. Wood** |
| | ) | |
| **Defendant.** | ) | |

**DECLARATION OF KIMBERLY CLAIBORNE IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL ARBITRATION AND DISMISS OR STAY THE ACTION**

I, Kimberly Claiborne, declare as follows:

1. I make this declaration in support of Defendant Infosys Limited's ("Infosys" or "Company") Motion to Compel Arbitration and Dismiss or Stay the Action. I am over the age of 18 and the information set forth herein is based upon my personal knowledge. If called and sworn as a witness, I could and would competently testify thereto.

2. I am employed by Infosys as Principal, Employee Relations and I am based in Raleigh, North Carolina. I have held this position since April 6, 2020. As a result of performing my duties as Principal, Employee Relations, I have access to the personnel file of Plaintiff Venkateswara Rao Addepalli ("Plaintiff").

3. Infosys is an Indian corporation that engages in business in multiple states in the United States.

4. Based upon my review of certain personnel records, Infosys extended Plaintiff an Offer of Employment in October of 2019 for Lead Consultant in the Company's Vernon Hills,

Illinois location. A true and correct copy of Plaintiff's Offer of Employment, as maintained in Plaintiff's personnel file in the ordinary course of business, is attached hereto as **Exhibit A.**

5. As a Principal, Employee Relations, I have knowledge of Infosys' practices for distributing employment-related documentation to employees. Infosys employees, like Plaintiff, are given the opportunity to review all documentation and ask any questions they may have.

6. Based upon my review of Plaintiff's personnel records, Plaintiff electronically accepted Infosys' offer of employment on October 30, 2019, which provided that Plaintiff's employment with Infosys was contingent upon his reading and agreeing to the Company's Mutual Arbitration Agreement. A true and correct copy of the digital record of Plaintiff's Acceptance of Offer Letter, as maintained in the ordinary course of business, is attached hereto as **Exhibit B.**

7. By accepting the Offer of Employment, Plaintiff specifically agreed to submit any dispute arising out of or relating to his employment with Infosys to final and binding arbitration. A true and correct copy of the Mutual Arbitration Agreement, as maintained in the Company's ordinary course of business, is attached hereto as **Exhibit C.**

I hereby declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed January 28, 2025.

__________________________

KIMBERLY CLAIBORNE