# EXHIBIT D

**Offer Response - 49628BR : Offer Acceptance form for Addepalli, Rao**

Print

Help

eLink form | Edit | Delete form

**Do you accept the offer?** I have read, understand and accept all the terms and conditions contained in this offer letter and attached annexures.

| | | |
|---|---|---|
| **Date added** | 30-Oct-2019 5:51:49 PM | Rao_Add@yahoo.com |

Close View image PDF