# EXHIBIT E

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **VENKATESWARA RAO ADDEPALLI,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case: 1:24-cv-12933** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **INFOSYS LIMITED,** | ) | **Judge Andrea R. Wood** |
| | ) | |
| **Defendant.** | ) | |

**DECLARATION OF SAMANTHA M. ROLLINS MURPHY, ESQ. IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL ARBITRATION AND DISMISS OR STAY THE ACTION.**

I, Samantha M. Rollins Murphy, declare as follows:

1. I am a Partner in the law firm of Faegre Drinker Biddle and Reath LLP and am counsel for Defendant Infosys Limited ("Defendant"). I anticipate seeking admission *pro hac vice* in the above-captioned matter. I am fully familiar with the facts set forth below, either by personal knowledge or upon review of my firm's files on this matter.

2. On January 27, 2025, I contacted Plaintiff via electronic mail to notify Plaintiff of Defendant's intent to compel this matter to arbitration and inquire whether Plaintiff voluntarily agrees to proceed in private arbitration.

3. To date, Plaintiff has refused to proceed voluntarily in arbitration, apparently on the basis that he contends the electronic record of his acceptance of the relevant arbitration agreement is insufficient evidence of his agreement to its terms.

I hereby declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed February 3, 2024.

Signed by:
Samantha Rollins Murphy
91D208B45FBB434...

Samantha M. Rollins Murphy
Samantha.rollinsmurphy@faegredrinker.com
Faegre Drinker Biddle & Reath LLP
2200 Wells Fargo Center, 90 South Seventh St
Minneapolis, MN 55402
Telephone: (612) 766 7000
Facsimile: (612) 766-1600

Attorney for Defendant