# EXHIBIT A
# Declaration of Joanne Polanowski

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **VENKATESWARA RAO ADDEPALLI,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case: 1:24-cv-12933** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **INFOSYS LIMITED,** | ) | **Judge Andrea R. Wood** |
| | ) | |
| **Defendant.** | ) | |

**DECLARATION OF JOANNE POLANOWSKI IN SUPPORT OF DEFENDANT'S REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO COMPEL ARBITRATION AND DISMISS OR STAY THE ACTION**

I, Joanne Polanowski, declare as follows:

1. I make this declaration in support of Defendant Infosys Limited's ("Infosys" or "Company") Reply to Plaintiff's Opposition to Defendant's Motion to Compel Arbitration and Dismiss or Stay the Action. I am over the age of 18 and the information set forth herein is based upon my personal knowledge. If called and sworn as a witness, I could and would competently testify thereto.

2. I am employed by Infosys as Senior Practice Lead - Talent Acquisition and I am based in Bridgewater, New Jersey. I have held this position since January 3, 2012. As a result of performing my duties as Senior Practice Lead, I have personal knowledge of certain policies and practices in place regarding the onboarding of candidates for employment with Infosys. I also have access to and am familiar with the company's Candidate Portal, which Infosys utilizes to send and maintain records regarding candidate offer letters, attachments to offer letters, and records of a candidate's acceptance of an offer and its attachments.

3. Candidates who are extended an offer of employment by Infosys must create an account in the company's Candidate Portal using a unique username and password.

4. Infosys initiated two activities related to Plaintiff Venkateswara Rao Addepalli ("Plaintiff") on the Candidate Portal on October 30, 2019: first, Infosys posted a document packet containing Plaintiff's Offer Letter and its attachments to the Candidate Portal; and second, it sent an email to Plaintiff's personal email address notifying him that his offer had been posted to the portal.

5. A true and correct copy of the Candidate Portal reflecting these activities is attached hereto as **Exhibit A.** As reflected in Exhibit A, one of the documents included in the offer letter packet was the Arbitration Agreement.

6. A true and correct copy of the email sent to Plaintiff's personal email address notifying him that the offer packet, including the arbitration agreement, had been posted, is attached hereto as **Exhibit B.** As reflected in the Candidate Portal, the email address to which this email was sent is Rao_Add@yahoo.com.

7. The only way for Infosys's Candidate Portal system to record Plaintiff's digital acceptance of the offer letter and its attachments was if Plaintiff logged into the Candidate Portal using his personal login credentials and clicked the radio button next to the statement "I have read, understood, and accepted all the terms and conditions contained in this offer letter and the attached annexures." Infosys' Candidate Portal reflects that Plaintiff digitally accepted Infosys's offer letter and its attachments (including the arbitration agreement) on October 30, 2019, at 5:51pm.

I hereby declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed 2/24/2025.

JOANNE POLANOWSKI

# EXHIBIT A
## TO DECLARATION

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | (Americas) | | |
| Communication - Email | 30-Oct-2019 12:28:35 | B, Poojitha M | | Americas - Offer Notification | B, Poojitha M | Addepalli, Rao(Rao_Add@yahoo.com) | 49628BR:Lead Consultant SD Vistex |
| Communication - Document packet posted | 30-Oct-2019 12:27:52 | B, Poojitha M | Status: Unposted | Offer for Rao Addepalli - 30-Oct-2019, 12:27:52 | B, Poojitha M | Addepalli, Rao(Rao_Add@yahoo.com) | 49628BR:Lead Consultant SD Vistex |
| | | | Offer Letter for Rao Addepalli.pdf Source: Enterprise | | | | |

# Document Packet information

Date posted: 10/30/2019
Removal date: 11/29/2019

To review the official offer, please see the attached documents and files.
The offer letter document will require your response - there will be a form at the bottom of the document with a Submit button.

Please review all documents and submit your response to all appropriate documents.

If you have any questions please contact Infosys Recruitment team or directly the recruiter you have been working with.

Regards,
Infosys Recruitment Team

Attached files:
At will agreement.pdf
Confidential Information Agreement.pdf
Non-Compete Agreement.pdf
Benefits Annexure FY 19-2020.pdf
Mutual Arbitration Agreement.pdf
Offer Letter for Rao Addepalli.pdf

Close

# EXHIBIT B
## TO DECLARATION

Addepalli, Rao - Work - Microsoft Edge

View sent e-mail communication - Work - Microsoft Edge

https://trm.brassring.com/Jetstream/500/Presentation/Template/Asp/Candidate/ToDo/ViewCorrespondence.asp?resumekey=1364267&folderid=1364267&type=Communication%2...

Help

October 30, 2019

Hello Rao Addepalli,

Congratulations on your recent offer with Infosys. Your offer letter has been posted to your Candidate Portal. Please use the below link to access it:Candidate Zone - Application Documents & Forms

You will be required to login using your existing credentials (the same credentials you used to create your profile when applying for the position).

Please confirm whether you are accepting the offer using dedicated response form at the bottom of your offer letter.

Infosys is an organization that has built an outstanding reputation for exciting, innovative and quality products and services. Credit for this goes to every one of our employees. We look forward to you accepting our offer and becoming part of the Infosys team.

This email is an automated notification and replies to this address are not monitored. If you have any questions, please email reetesh.263232@infosys.com.

Regards,
Infosys Talent Acquisition

Infosys®
Navigate your next

Infosys is an Equal opportunity Employer
EOE/Minority/Female/Veteran/Disabled/Sexual Orientation/Gender Identity/National Origin

Close