# EXHIBIT 1

Docusign Envelope ID: 94B5BDC6-CFC5-49D4-B547-A990A79012A3

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **VENKATESWARA RAO ADDEPALLI,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case: 1:24-cv-12933** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **INFOSYS LIMITED,** | ) | **Judge Andrea R. Wood** |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## DECLARATION OF JOANNE POLANOWSKI

I, Joanne Polanowski, hereby declare as follows:

1. I make this declaration in support of Defendant Infosys Limited's ("Infosys" or "Company") Motion. I am over the age of 18 and the information set forth herein is based upon my personal knowledge. If called and sworn as a witness, I could and would competently testify thereto.

2. I am employed by Infosys as a Senior Practice Lead for Talent Acquisition for Defendant Infosys Limited.

3. Infosys is an Indian corporation that engages in business in multiple states in the United States.

4. In my position, I am familiar with Infosys' talent acquisition processes that were in place when Plaintiff Venkateswara Rao Addepalli received an offer to join Infosys in October 2019.

5. I know the facts set forth in this declaration to be true based on my own personal knowledge or based on my review of business records that Infosys creates and maintains in the ordinary course of business. With respect to the business records, the entries are made in a timely

manner by people with knowledge of the information, and it is the regular practices of Infosys' business to maintain such records.

6. Infosys's longstanding procedure has been to require every applicant to agree to an Arbitration Agreement as a condition of employment. To that end, Infosys has adopted and implemented a standardized process wherein applicants review, complete, and sign a series of documents using Infosys' electronic Candidate Portal.

7. When Plaintiff accessed the Candidate Portal to view his Offer Letter, he saw the Document Packet Information page that included his Offer Letter and enclosures (and identifying the Arbitration Agreement as an enclosure) which was loaded into a window that had its own scrollbar, separate and apart from any scrollbar available on Plaintiff's browser. Attached here to as **Exhibit A** is a true and correct copy of the Document Packet Information page.

8. I have reviewed Exhibit A to Plaintiff's Motion for Reconsideration. That screenshot reflects that the scrollbar on Mr. Addepalli's browser is all the way at the bottom, but he has not scrolled to the bottom of the window that contained the Offer Letter and its attachments. Those documents were available for him to review by simply scrolling to the bottom of the window.

I hereby declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed: April 9, 2026

DocuSigned by:
Joanne Polanowski
BA38428760A94C6...
Joanne Polanowski

# EXHIBIT A

Infosys - Offer for Rao Addepalli - 30-Oct-2019, 12:27:52 - Work - Microsoft Edge

https://trm.brassring.com/CMUI/ViewDocumentPacketSent.aspx?resumekey=1364267&folderid=1364267&clientid=25633&userid=31513&type=documentpacket&key=24358062&responsive...

# Document Packet information

Date posted: 10/30/2019
Removal date: 11/29/2019

To review the official offer, please see the attached documents and files.
The offer letter document will require your response - there will be a form at the bottom of the document with a Submit button.

Please review all documents and submit your response to all appropriate documents.

If you have any questions please contact Infosys Recruitment team or directly the recruiter you have been working with.

Regards,
Infosys Recruitment Team

Attached files:
At will agreement.pdf
Confidential Information Agreement.pdf
Non-Compete Agreement.pdf
Benefits Annexure FY 19-2020.pdf
Mutual Arbitration Agreement.pdf
Offer Letter for Rao Addepalli.pdf

Close