MR

FILED
9/10/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

JM

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| VENKATESWARA RAO ADDEPALLI, | Case No.: 1:24-cv-12933 |
| Plaintiff, | Judge Andrea R. Wood |
| v. | Magistrate Judge Jeffrey Cole |
| INFOSYS LTD, | |
| Defendant. | |

**NOTICE OF FILING OF PETITION FOR WRIT OF MANDAMUS**

TO: The Clerk of this Court, and all counsel of record for Defendant Infosys Ltd. via the Court's CM/ECF electronic filing system:

PLEASE TAKE NOTICE that on the date reflected on the attached filing receipt, Plaintiff Venkateswara Rao Addepalli, appearing pro se, filed with the United States Court of Appeals for the Seventh Circuit a Petition for Writ of Mandamus, together with its supporting appendices, seeking review of this Court's orders compelling arbitration of Plaintiff's claims and denying reconsideration of that ruling. True and correct copies of the filing are attached hereto as follows:

Exhibit 1 – Petition for Writ of Mandamus

Exhibit 2 – Appendix to Petition for Writ of Mandamus

Exhibit 3 – Appendix to Petition for Writ of Mandamus (Court Hearing Transcripts)

Plaintiff files this Notice for the purpose of informing this Court and counsel of record for Defendant that the above-referenced Petition for Writ of Mandamus and its appendices have been filed with the Seventh Circuit, and that copies of the filed documents are attached hereto for the Court's and Defendant's reference.

Respectfully submitted,

Venkateswara Rao Addepalli

Plaintiff, Pro Se

1850 Heather Street

Bolingbrook, Illinois 60490

Telephone: (630) 577-1810

## CERTIFICATE OF SERVICE

I hereby certify that on the date set forth below, I filed the foregoing Notice of Filing of Petition for Writ of Mandamus, together with the attached exhibits, with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record for Defendant registered to receive electronic notice in this case.

Date: 3rd Sepetember 2026

Respectfully submitted,

Venkateswara Rao Addepalli

Plaintiff, Pro Se

1850 Heather Street

Bolingbrook, Illinois 60490

Telephone: (630) 577-1810

VENKATESWARA RAO ADDEPALLI
1850 HEATHER St
BOLINGBROOK IL 60490

Retail

U.S. POSTAGE PAID
PM
NAPERVILLE, IL 60540
SEP 06, 2026

60604

$18.00

RDC 03

S2324E501013-04

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE
CERTIFIED MAIL®

9589 0710 5270 4088 6496 15

CERTIFIED

FIRST CLASS MAIL

Judge Andrea R. Wood
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION
Everett McKinley Dirksen United States Courthouse,
219 S. Dearborn Street,
Room 1732,
Chicago, IL 60604.

RECEIVED
SEP 10 2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT