**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| VENKATESWARA RAO ADDEPALLI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No.: 1:24−cv−12933 |
| | ) | Judge Andrea R. Wood |
| v. | ) | |
| | ) | |
| INFOSYS LTD, | ) | |
| | ) | |
| Defendant. | ) | |

# JOINT STATUS REPORT

The parties respectfully submit this Joint Status Report pursuant to the Court's August 24, 2026, minute order [Dkt. #62]:

On September 13, 2024 Plaintiff served a demand for arbitration on counsel for Defendant. Defendant is reviewing the arbitration demand.

***/s/ Venkateswara Rao Addepalli (with permission)***

Venkateswara Rao Addepalli *(pro se)*
1850 Heather Street
Bolingbrook, IL 60490
(630) 752-8233
Rao.add@yahoo.com

**Plaintiff**

***/s/ Taylor L. Haran***

Taylor Haran
taylor.haran@faegredrinker.com
Faegre Drinker Biddle & Reath, LLP
320 South Canal Street, Suite 3300
Chicago, Illinois 60606
(312) 569-1000

Terran Chambers *(pro hac vice)*
(terran.chambers@faegredrinker.com)
Faegre Drinker Biddle & Reath LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
(612) 766-7000

**Attorneys for Defendant**

## CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2026, a true and correct copy of The Joint Status Report was electronically filed herein with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, using the CM/ECF system, which sent notification of such filing to the registered CM/ECF participants.

***/s/ Taylor Haran***